IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MATEO LUCAS-ESCOBAR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to dismiss counts 2 and 3 (filing 56) is granted.

Dated February 19, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge